In the Matter of the Claim of Leona Wilson for Compensation to Herself for the Death of Her Husband, William H. Wilson, under the

State Workmen's Compensation Law v. C. Dorflinger & Sons, Employer, and Knickerbocker Mutual Liability Insurance Company of New York, Insurance Carrier, Appellants.— *Motion granted.*